*Monday, September 30, 1991*
## MERIT DOCKET

**90–1117.** Patterson v. Baker. In Habeas Corpus. This cause originated in this court on the filing of a petition for a writ of habeas corpus. Upon consideration thereof,

IT IS ORDERED by the court that petitioner's application for said writ be, and hereby is, granted and due return of the writ shall be made on or before October 21, 1991, as prescribed in R.C. 2725.14.

IT IS FURTHER ORDERED by the court that it is not necessary to convey the prisoner before the court as prescribed in R.C. 2725.12.

WHEREAS, it has come to the attention of the court that the petitioner is no longer in the custody of David L. Baker, Warden, Orient Correctional Institution,

IT IS FURTHER ORDERED that the writ shall be served upon the Ohio Adult Parole Authority.

HOLMES and RESNICK, JJ., dissent.

## MISCELLANEOUS DISMISSALS

**91–1855.** Cope v. Dallman. In Habeas Corpus. This cause originated in this court on the filing of a petition for a writ of habeas corpus. Upon consideration of petitioner's application to dismiss,

IT IS ORDERED by the court that said application be, and the same is hereby, granted, effective September 26, 1991.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

*Tuesday, October 1, 1991*
## MOTION DOCKET

**91–1959.** State, ex rel. Hogan, v. Shea. In Prohibition. This cause originated in this court on the filing of a complaint for a writ of prohibition. Upon consideration of relator's motion for alternative writ,

IT IS ORDERED by the court that said motion for alternative writ be, and the same is hereby, granted, prohibiting respondent from taking any action to enforce the subpoena issued by him requiring the Director of the Ohio Department of Mental Health to appear before him October 1, 1991, at 3:00 p.m., at the Hamilton County Probate Court, pending this court's final disposition of this action.

MOYER, C.J., dissents.

HOLMES, J., not participating.